IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD JONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANDRA QUICK, and<br>FRANK LAWRENCE,<br><br>　　　　Defendants. | Case No. 3:19-cv-01281-NJR |

# JUDGMENT IN A CIVIL ACTION

Pursuant to the Court's December 20, 2019 Order, the claim against C. Wall was severed into a new case, and he was terminated as a defendant in this action (Doc. 12).

Pursuant to the Court's February 25, 2021 Memorandum and Order (Doc. 114), this action is **DISMISSED without prejudice** for failure to exhaust administrative remedies prior to filing suit.

Accordingly, this case is closed.

**DATED:** February 25, 2021

　　　　　　　　　　　　　　　　　　　　MARGARET M. ROBERTIE,
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　By: *s/ Tanya Kelley*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**APPROVED:** *s/ Nancy J. Rosenstengel*
　　　　　　　　NANCY J. ROSENSTENGEL
　　　　　　　　Chief U.S. District Judge